■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON SANTOS-MISPAS, Appellant. [858 NYS2d 888]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 27, 2007 (*People v Santos-Mispas,* 38 AD3d 923 [2007]), affirming a judgment of the County Court, Orange County, rendered July 30, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Fisher, Florio and Dickerson, JJ., concur.